Ronald Madden
Plaintiff,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

FILED
APR 02 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

v.

Pilgrim's Pride
Retail Wholesale and Dept Store Union
Et. Al
Defendants

)
)
)
)
)
)
)
)

NO. 1:18-cv-56
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Ronald Madden                                    , declare that I am the:

[✓]   plaintiff/petitioner

[ ]   defendant/respondent

[ ]   Other: _____

in the above-reverenced proceeding.  In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor.  I believe that I am entitled to the relief sought in my complaint/petition/answer/response.  The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

I was employed with Pilgrim's Pride Corp as a OTR driver on Aug 24, 2016
On Aug 9, 2017 was suspended for what the Company has Characterize as gross Misconduct.
On Aug 15, 2017 I was discharge from My duties
On Aug 27, 2017 I filed for unemployment and received $240,50 pre week

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)        YEAR OF BIRTH

*Donald   Leboow   Maddeч*      *5/2/1941*

SOCIAL SECURITY NUMBER (last 4 digits only)    PHONE NOS.

*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*        *(423) 888-6455*

HOME ADDRESS:

*3210 Through St*       *15 years*

OWN OR RENT?       HOW LONG AT CURRENT ADDRESS?

*Yes*   *N/A*

MARITAL STATUS:

*Sesf  8200   Chattanooga*

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

*1 Mouth*

HOW LONG AT CURRENT EMPLOYMENT?

*OTR Driver*

OCCUPATION (Describe what you do):

*45 per Miles*

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:           NET:  *863.00*

*1,200.*

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

*3,480,80.*

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes        [-] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                     [ ] Yes        [ ] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?           [ ] Yes        [ ] No

If YES, state the source and amount:

Gifts or inheritance?                                      [ ] Yes        [ ] No

If YES, state the source and amount:

Any other source?                                          [ ] Yes        [ ] No

If YES, state the source and amount:

Page 3 of 10

Case 1:18-cv-00056-TRM-SKL    Document 1    Filed 04/02/18    Page 3 of 10    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                                     $0.00

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)    $0.02
**(Do NOT include account numbers)**

_____

_____

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)     $0.00
**(Do NOT include account numbers)**

_____

_____

STOCKS AND BONDS                                          $0.00

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____    $_____

_____    $_____

_____    $_____

**TOTAL REAL ESTATE**                        $0.00

Page 4 of 10

Case 1:18-cv-00056-TRM-SKL    Document 1    Filed 04/02/18    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____ $0.00

_____ $0.00

_____ $0.00

**TOTAL PERSONAL PROPERTY** $_____

MOTOR VEHICLES

| Year/Make | License No. | | Current Value |
|---|---|---|---|
| 2000 F-150 | 220 4uw | | $3,800. |
| | | | $0.00 |
| | | | $0.00 |

**TOTAL VALUE OF MOTOR VEHICLES** $3,800.

DEBTS OWED TO YOU (Give Name of Debtor)

_____ $0.00

_____ $0.00

_____ $0.00

**TOTAL DEBTS OWED TO YOU** $0.00

OTHER ASSETS (ITEMIZE)

_____ $0.00

_____ $0.00

_____ $0.00

**TOTAL OTHER ASSETS** $0.00

**TOTAL OFF ALL ASSETS**: $3,800 _____

Case 1:18-cv-00056-TRM-SKL   Document 1   Filed 04/02/18   Page 5 of 10   PageID #: 5

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

City and Bud                    $ 2,584.50

Power Cred                      $ 1,484.84

_____                   $ _____

**TOTAL LOANS PAYABLE TO BANKS**        $ 4,069.34

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 16,894.60 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 243 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 2,243. |
| MEDICAL BILLS | $ 384.0 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0.00 |

OTHER LIABILITIES (Itemize)

I have been Suite in Change Court and not    $ 3,804.60
been able to make my payment After lossing
                                             $ 1,608.60
my job
                                             $ 5,600.00

**TOTAL LIABILITIES**        $        11,013.80

Case 1:18-cv-00056-TRM-SKL   Document 1   Filed 04/02/18   Page 6 of 10   PageID #: 6

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ *illegible* | $ _____ |
| ELECTRICITY | $ 0.00 | $ _____ |
| WATER | $ 0.00 | $ _____ |
| GAS | $ 2.00 | $ _____ |
| TELEPHONE | $ 87.40 | $ _____ |
| FOOD | $ 180.00 | $ _____ |
| ALIMONY | $ 0.00 | $ _____ |
| CHILD SUPPORT | $ 0.00 | $ _____ |
| CHILD CARE | $ 0.00 | $ _____ |
| SCHOOL EXPENSES | $ 0.00 | $ _____ |
| AUTOMOBILE NOTE | $ 0.00 | $ _____ |
| AUTOMOBILE INSURANCE | $ 187. | $ _____ |
| AUTOMOBILE REPAIRS | $ 1300. | $ _____ |
| GASOLINE | $ 120.00 | $ _____ |
| FURNITURE NOTE | $ 0.00 | $ _____ |
| CLOTHING | $ 600.00 | $ _____ |
| CABLE TELEVISION | $ 370.00 | $ _____ |
| LIFE INSURANCE | $ 48.00 | $ _____ |
| HOSPITALIZATION INSURANCE | $ 100.00 | $ _____ |
| DOCTORS | $ _____ | $ _____ |
| DRUGS | $ 1200 | $ _____ |
| CREDIT CARDS | $ 1500 | $ _____ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ 0.00 | $ _____ |
| TAXES | $ _____ | $ _____ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **TOTAL EXPENSES** | | $ _____ |

Case 1:18-cv-00056-TRM-SKL    Document 1    Filed 04/02/18    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT, AND INCOME DATA

NAME (First     Middle     Last)            YEAR OF BIRTH

*Bedliad   A    Madden*

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

*423-667-4867*

HOME ADDRESS (if different from yours):

*3210 Through St      All her life*

OWN OR RENT?          HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

*not employer*

TELEPHONE NUMBER OF EMPLOYER:

*N/A*

HOW LONG AT CURRENT EMPLOYMENT?

*Workment Comp*

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

     Salary or Wages       $_____

     Commissions       $_____

     All other sources (Pensions; Soc.Sec.;
     Rent; Interest; Dividends; Alimony, etc.)   $_____

          **TOTAL:**     $_____

Case 1:18-cv-00056-TRM-SKL   Document 1   Filed 04/02/18   Page 8 of 10   PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:          Relationship:          Living
                                                              With Whom?

N/A
_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS          $_____

Case 1:18-cv-00056-TRM-SKL   Document 1   Filed 04/02/18   Page 9 of 10   PageID #: 9

## **AFFIDAVIT**

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_April 2/2019_
       **DATE**

_Mr. Ronald Godden_
       **SIGNATURE**

Created:      January 31, 2007
IPF Application.wpd

Case 1:18-cv-00056-TRM-SKL    Document 1    Filed 04/02/18    Page 10 of 10    PageID #: 10